UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

-vs-  Case No. 6:07-cv-24-Orl-28KRS

**CATHERINE R. STARLARD,**

**Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 7) filed July 11, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 25, 2007 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment is **GRANTED**.

3. Judgment is hereby entered against Defendant Catherine R. Starland in the principal amount of $2,625.00 plus interest at the rate of 8.0 percent per annum. Thus, the

total amount of the judgment as of the date of this Order is $3,802.57.[1] Interest shall continue to accrue at 8.0 percent per annum until paid in full.

4.  The Clerk is directed to enter a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2d day of January, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1]
| | |
|---|---|
| Principal: | $2,625.00 |
| Interest: | $ 751.21 (as of December 15, 2005) |
| Total debt as of 12/15/05: | $ 3,376.21 |
| Interest : | $ 426.36 (as of January 2, 2008) |
| Total: | $3,802.57 |

-2-